UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LOUIS ALLAN CHADES,<br><br>                    Plaintiff,<br><br>    v.<br><br>DAMON ZAVALA, *et al.*,<br><br>                    Defendants. | Case No. 3:24-CV-00117-CLB<br><br>**ORDER TO CHANGE ADDRESS AND STAY CASE** |

On August 6, 2024, the Court held a telephonic motions hearing in this case. (ECF No. 31.) The Court mailed this document to Plaintiff's address at the Lyon County Detention Center. On August 20, 2024, the Lyon County Detention Center returned this document as undeliverable. (ECF No. 32.) Based on the Nevada Department of Corrections inmate locator website, Plaintiff is now located at the Stewart Conservation Camp.  However, Plaintiff has not filed a change of address with the Court. Pursuant to Local Rule IA 3-1, Plaintiff must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action.

Accordingly, **IT IS THEREFORE ORDERED** that Plaintiff shall file his notice of change of address with the Court by **Monday, October 21, 2024**, and failure to do so will result in a recommendation that this action be dismissed.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **SEND** this order and **RESEND** ECF No. 31 to the Plaintiff at **Stewart Conservation Camp**.

IT IS SO ORDERED.

DATED:  August 21, 2024  .

_____
UNITED STATES MAGISTRATE JUDGE